IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WANETA K. STORM, individually and as Personal Representative of the ESTATE OF TERRY E. STORM, DECEASED,<br><br>    Plaintiff,<br> vs.<br><br>GEORGE LINDVALL; LINDVALL INSURANCE AGENCY; GOLDEN RULE INSURANCE COMPANY; and OTHER JOHN DOE DEFENDANTS,<br><br>    Defendants. | 7:06CV5024<br><br>**MEMORANDUM AND ORDER** |

  Plaintiff has moved to dismiss George Lindvall and Lindvall Insurance Agency, as defendants, and states that no defendant has any objection to the motion. (Filing 6.) It appears that the motion should be granted pursuant to Federal Rule of Civil Procedure 21, and that a judgment of dismissal without prejudice should be entered pursuant to Federal Rule of Civil Procedure 54(b). Accordingly,

  IT IS ORDERED that:

1) Plaintiff's motion to dismiss (filing 6) is granted, and Plaintiffs' action is dismissed without prejudice as against Defendants George Lindvall and Lindvall Insurance Agency.

2) There being no just reason for delay, final judgment as to such Defendants shall be entered by separate document.

November 27, 2006.    BY THE COURT:

                s/ *Richard G. Kopf*
                United States District Judge