IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WANETA K. STORM, individually and as Personal Representative of the ESTATE OF TERRY E. STORM, DECEASED,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE LINDVALL; LINDVALL INSURANCE AGENCY; GOLDEN RULE INSURANCE COMPANY; and OTHER JOHN DOE DEFENDANTS,<br><br>Defendants. | 7:06CV5024<br><br>**JUDGMENT** |

Pursuant to the court's Memorandum and Order filed this date, all claims against the defendants George Lindvall and Lindvall Insurance Agency are dismissed without prejudice, and they are no longer parties to the action.

November 27, 2006.                    BY THE COURT:

                              s/ *Richard G. Kopf*
                              United States District Judge