IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WANETA K. STORM, Individually and as Personal Representative of the estate of Terry E. Storm,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GOLDEN RULE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 7:06CV5024<br><br>REASSIGNMENT ORDER |

　　　Magistrate Judge David L. Piester has determined that his recusal from cases in which the Baylor, Evnen Law Firm or Keating, O'Gara Law Firm are involved may now end.  Accordingly,

　　　IT IS ORDERED that this case is reassigned to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matter.  This case remains assigned to District Judge Richard G. Kopf.

　　　DATED this 1st day of February, 2007.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Joseph F. Bataillon*

　　　　　　　　　　　　　　　　　　Joseph F. Bataillon, Chief Judge
　　　　　　　　　　　　　　　　　　United States District Court